UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| NINETY THOUSAND, SIX HUNDRED DOLLARS ($9,600.00) U.S. CURRENCY, | ) ) ) | |
| | ) | |
| DEFENDANT. | ) | |

# NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS

The attached Verified Complaint of Forfeiture is sent pursuant to Rule G(4) of the Supplemental Rules For Admiralty or Maritime and Asset Forfeiture Claims.

IF YOU WISH TO MAKE A CLAIM:

A. You must file a VERIFIED CLAIM within thirty-five (35) days of the date of notice.

B. You must then file an ANSWER to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after filing the VERIFIED CLAIM.

C. You must file your claim and answer in writing with the clerk of this Court located at 111 South Tenth Street, 2nd Floor, St. Louis, Missouri 63102.

D The claim and answer must also be served upon:  Zia M. Faruqui , Assistant United States Attorney, c/o Milton McDaniel, Asset Forfeiture Specialist, U.S. Attorney's Office, 111 South Tenth Street, 20th Floor, St. Louis, Missouri 63102.

E. Any person seeking to file a Petition for Remission or Mitigation must do so pursuant to the procedure set out in 28 C.F.R. Part 9 and filing copy of such Petition with the United States Attorney's Office.

**All Claims must comply with Rule G of the Supplemental Rules For Admiralty or Maritime and Asset Forfeiture Claims.  Failure to follow the requirements may result in judgment by default taken against you for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**