UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 4:11-cv-1920 AGF |
| ) | |
| NINE THOUSAND, SIX ) | |
| HUNDRED DOLLARS ($9,600.00) ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

### VERIFIED CLAIM TO PROPERTY LISTED IN FORFEITURE COMPLAINT

I, Larry Dean Bell, owner of the $9,600.00 at issue in this case, intervening for my interest in the aforementioned property, appear and make claim to said property, attached by the marshal under process of this Court at the instance of Plaintiff, the United States of America. I further aver that I, Larry Dean Bell, was in possession of the aforementioned property at the time of the attachment, and that I, Larry Den Bell, am the true and bona fide owner of said property, and that no other person is the owner. Wherefore, I, Larry Dean bell, pray to defend accordingly. I declare the foregoing under penalty of perjury.

_Larry Dean Bell_
Larry Dean Bell

Sworn to and affirmed before me on this 20th day of December, 2011.

1

*Lora M Carlson*
Notary Public

Lora M. Carlson
Notary Public • Notary Seal
State of Missouri Clark County
My Commission Expires 4/21/2014
Commission # 10984991

My commission expires on: 4-21-2014

## CERTIFICATE OF SERVICE

By signature above, I further certify that on December 20, 2011, the foregoing was served by operation of the Court's electronic filing system on assistant United States attorney Zia Faruqui.